IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE NEWTON, SR., et al., | : | CIVIL ACTION NO. **3:CV-05-0966** |
| Plaintiffs | : | |
| v. | : | (Magistrate Judge Blewitt) |
| NANCY DIMICK, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of **December, 2006, IT IS HEREBY ORDERED THAT:**

1. A telephonic conference shall be conducted in the above-captioned action on **January 11, 2007 at 11:00 a.m.**

2. The conference shall be initiated by the Court.

3. The purpose of the conference shall be to discuss the *pro se* status of Defendants Dimick and Lasky, as well as the need to extend the current case management deadlines.

4. On or by **January 4, 2007,** Defendants Dimick and Lasky shall contact the Court at telephone number (570) 207-5740 to advise of a telephone number at which they may be reached for the telephonic conference.

5. The Clerk of Court is directed to note the docket of this matter to indicate the *pro se* status of Defendants Dimick and Lasky and to add the following information as to their addresses:

>Nancy Dimick
>Karen Lasky
>5360 N. Bonita Vista Lane
>Las Vegas NV 89149

>_____
>**THOMAS M. BLEWITT**
>**United States Magistrate Judge**

Dated: December /9, 2006

2