# Young & Haros, LLC
## Attorneys at Law

Nicholas Charles Haros, Esq.
Extension 112
nharos@eastpennlaw.com

802 Main Street
Stroudsburg, PA 18360-1602
(570) 424-9800
Fax (570) 424-9288

December 20, 2006

**VIA FACSIMILE (570) 207-5749
AND SENT BY U.S. MAIL**

Judge Thomas M. Blewitt
US District Court for Middle District of PA
W. J. Nealon Federal Building & US Courthouse
235 North Washington Ave.
PO Box 1148
Scranton, PA 18501

      Re:    Elegant Moments, Inc., et al v. Nancy Dimick and Karen Lasky
            No. 3:05-CV-00966
            Our File No. 375/2

Dear Judge Blewitt:

    I am in receipt of your Order dated December 19, 2006 in the above referenced case. As you know, this Order was the result of both local and PHV counsel for Defendants withdrawing from the case. Your Order directs that a telephonic conference with the pro se Defendants be conducted on January 11, 2007 at 11:00 a.m. Since I am attached to a proceeding in the Court of Common Pleas for Monroe County on the morning of January 11th, I write this letter to inquire as to the possibility of rescheduling the phone conference to the afternoon. While I cannot speak for Defendants, I understand that they both reside in Las Vegas. Consequently, a later conference may work better for them as well.

    I also write this letter to ask for some guidance regarding paragraph number 3 in your Order. You indicate that, during the phone conference, we will discuss the "need to extend the current case management deadlines." As it now stands, the deadline for dispositive motions is set at December 29, 2006. I had anticipated filing a Motion for Summary Judgment on or before that date. As such, I would value knowing whether you are inclined to extend the deadline.

    Thank you for your attention to this matter.

Very truly yours,

Nicholas Charles Haros

NCH/bat
cc: Nancy Dimick and Karen Lasky