IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE NEWTON, SR., et al., | : | CIVIL ACTION NO. **3:CV-05-0966** |
| Plaintiffs | : | |
| v. | : | (Magistrate Judge Blewitt) |
| NANCY DIMICK, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of **January, 2007, IT IS HEREBY ORDERED THAT:**

1. A telephonic conference shall be conducted in the above-captioned action on **January 29, 2007 at 2:00 p.m.**

2. The conference shall be shall be initiated by the Court.

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: January 12, 2007