IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE NEWTON, SR., et al., | CIVIL ACTION NO. **3:CV-05-0966** |
| Plaintiffs | |
| v. | (Magistrate Judge Blewitt) |
| NANCY DIMICK, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 30 day of **January, 2007**, upon notification by the parties that the matter has been settled, **IT IS HEREBY ORDERED** THAT THIS action is hereby **DISMISSED**, without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

**THOMAS M. BLEWIT**
**United States Magistrate Judge**

Dated: January 30, 2007